**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**STATE FARM AUTOMOBILE**
**INSURANCE CO.**                                                                          **PLAINTIFF**

**v.**                                     **Case No. 2:15-cv-00046-KGB**

**GRANT LONG, JR. and**
**RALPH MATARAZZO**                                                              **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the Opinion and Order entered on May 2, 2017, it is considered, ordered,

and adjudged that a declaratory judgment is entered in favor of State Farm Automobile Insurance

Company. For the reasons stated in the Opinion and Order entered on May 2, 2017, this Court

declares that Grant Long, Jr., is an insured under policy number 257 6126-F24-04A ("the Policy"),

that the unambiguous language of the car business exclusion in the Policy applies to the facts of

this case, and that there is no coverage for the accident that occurred on May 5, 2014, in St. Francis

County, Arkansas. As a result, State Farm has no duty to provide to Mr. Long a defense to Ralph

Matarazzo's suit in the Circuit Court of St. Francis County, Arkansas, Civil Division, Case No.

62CV-2014-217-2, nor to indemnify him for any settlement reached or judgment rendered in

plaintiff's favor in that suit, nor to pay on his behalf to Mr. Matarazzo any injuries or damages

sustained by Mr. Matarazzo as a result of the May 5, 2014, accident.

So adjudged this 3rd day of May, 2017.


_____
Kristine G. Baker
United States District Judge